IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Brown, James Charles | Case Number: 05 B 40983 |
|---|---|---|
| | Brown, Deborah Y | Judge: Goldgar, A. Benjamin |
| | Printed: 7/15/08 | Filed: 12/20/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 29, 2008
          Confirmed: February 28, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 34,675.16 |  |
| Secured: |  | 22,596.18 |
| Unsecured: |  | 9,452.27 |
| Priority: |  | 0.00 |
| Administrative: |  | 800.00 |
| Trustee Fee: |  | 1,813.44 |
| Other Funds: |  | 13.27 |
| Totals: | 34,675.16 | 34,675.16 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | O'grady & Associates, P.C. | Administrative | 800.00 | 800.00 |
| 2. | Citizens Bank | Secured | 0.00 | 0.00 |
| 3. | CCO Mortgage/RBS Citizens | Secured | 0.00 | 0.00 |
| 4. | Wells Fargo Financial | Secured | 0.00 | 0.00 |
| 5. | DaimlerChrysler Servs North America | Secured | 16,916.08 | 16,916.08 |
| 6. | Americredit Financial Ser Inc | Secured | 5,680.10 | 5,680.10 |
| 7. | SMC Collections | Unsecured | 1,172.79 | 354.79 |
| 8. | Illinois Student Assistance Commission | Unsecured | 18,886.47 | 5,713.25 |
| 9. | DaimlerChrysler Servs North America | Unsecured | 278.98 | 84.40 |
| 10. | American Express Centurion | Unsecured | 4,677.67 | 1,415.03 |
| 11. | ECast Settlement Corp | Unsecured | 2,257.72 | 682.98 |
| 12. | Americredit Financial Ser Inc | Unsecured | 745.21 | 225.43 |
| 13. | Resurgent Capital Services | Unsecured | 2,696.67 | 815.76 |
| 14. | World Financial Network Nat'l | Unsecured | 572.44 | 160.63 |
| 15. | Silverleaf Resorts Inc | Secured | | No Claim Filed |
| 16. | Advocate South Suburban Hosp | Unsecured | | No Claim Filed |
| 17. | Advocate South Suburban Hosp | Unsecured | | No Claim Filed |
| 18. | Aspire | Unsecured | | No Claim Filed |
| 19. | Advocate South Suburban Hosp | Unsecured | | No Claim Filed |
| 20. | Advocate South Suburban Hosp | Unsecured | | No Claim Filed |
| 21. | Sears Consumer Finance | Unsecured | | No Claim Filed |
| 22. | Banco Popular | Unsecured | | No Claim Filed |
| 23. | Bank One | Unsecured | | No Claim Filed |
| 24. | Capital One | Unsecured | | No Claim Filed |
| 25. | Dr C B Rhee | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Brown, James Charles | Case Number: 05 B 40983 |
|---|---|---|
| | Brown, Deborah Y | Judge: Goldgar, A. Benjamin |
| | Printed: 7/15/08 | Filed: 12/20/05 |

| | | | | |
|---|---|---|---|---|
| 26. | Charter One Bank | Unsecured | | No Claim Filed |
| 27. | Best Buy | Unsecured | | No Claim Filed |
| 28. | Best Buy | Unsecured | | No Claim Filed |
| 29. | Gastro Association Of Olympia Fields | Unsecured | | No Claim Filed |
| 30. | Home Depot | Unsecured | | No Claim Filed |
| 31. | JC Penney Corporation Inc | Unsecured | | No Claim Filed |
| 32. | Sears Consumer Finance | Unsecured | | No Claim Filed |
| 33. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 34. | Creditors Discount & Audit Co | Unsecured | | No Claim Filed |
| 35. | SBC | Unsecured | | No Claim Filed |
| 36. | International Master Publishers | Unsecured | | No Claim Filed |
| 37. | Trustmark Insurance Co | Unsecured | | No Claim Filed |
| 38. | Your PC Made Easy | Unsecured | | No Claim Filed |
| 39. | Wal Mart Stores | Unsecured | | No Claim Filed |
| 40. | Shell Credit Card | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 54,684.13 | $ 32,848.45 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 265.04 |
| 5% | 197.58 |
| 4.8% | 378.55 |
| 5.4% | 972.27 |
| | _____ |
| | $ 1,813.44 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

